[No. 73369-9-I.   Division One.   December 19, 2016.]

BIRNEY DEMPCY ET AL., *Appellants*, v. CHRIS AVENIUS ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated April 3, 2017. Substitute opinion filed. See 198 Wn. App. 1030.

[No. 73742-2-I.   Division One.   December 19, 2016.]

*In the Matter of the General Receivership of* JACOB G. BUTTNICK.

Appeal from a judgment of the Superior Court for King County, No. 14-2-15399-6, Judith H. Ramseyer, J., entered June 15, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Leach, J.

[No. 73762-7-I.   Division One.   December 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MARKNSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09770-9, Dean Scott Lum, J., entered November 7, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 74062-8-I.   Division One.   December 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER THOMAS ACKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-1-00366-7, Susan K. Cook, J., entered October 2, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Dwyer, J.